UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAN FERROSTAAL, INC.,

    Plaintiff,

v.                                            Case No.  8:05-cv-1136-T-30MAP

WESTERN BULK CARRIERS, K/S,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement and Voluntary Dismissal (Dkt. #51).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, with each party to bear its own fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 1, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1136.dismiss 51.wpd